FILED

01/02/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0549

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| JOSEPH RYAN BOESHANS, | ) DA-24-0549 |
| | ) |
| Appellant, | ) **ORDER** |
| | ) |
| vs | ) |
| | ) |
| HEIDI MARIE BOESHANS, | ) |
| | ) |
| Appellee. | ) |

Upon motion of Appellant, and FOR GOOD CAUSE SHOWN, it is hereby ordered that Appellant's Third Motion for Extension of Time to File his initial appeal brief is GRANTED. The Appellant's opening brief shall be filed on or before February 4, 2025.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 2 2025